UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK



------------------------------------------------------------x
SARA HOCHAUSER,
                         Plaintiff,

v.

TRANS UNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, LLC; and
CITIBANK, N.A.;
                         Defendants.
------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 8786 (VB)

      The Court has been advised plaintiff and defendant Citibank, N.A. ("Citibank") have settled. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Citibank only. Any application to restore the action must be made by no later than January 20, 2020. To be clear, any application to restore the action must be filed by January 20, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate defendant Citibank.

Dated: November 18, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge