UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SARA HOCHAUSER,

                Plaintiff,

v.

TRANSUNION, LLC; and EXPERIAN
INFORMATION SOLUTIONS, LLC,

                Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 8786 (VB)

      The Court has been advised plaintiff and defendant TransUnion, LLC ("TransUnion") have settled. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to TransUnion only. Any application to restore the action must be made by no later than March 20, 2020. To be clear, any application to restore the action must be filed by March 20, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate defendant TransUnion.

Dated: February 19, 2020
      White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge