UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-----------------------------------------------------------X
SARA HOCHAUSER,

                              Plaintiff,

v.

                                                ORDER

TRANSUNION, LLC, et al.,

                                                19-cv-8786 (PMH)

                              Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that claims against Experian **ONLY** be dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis.

Dated: New York, New York
       July 28, 2020

                                                     Philip M. Halpern
                                                   United States District Judge